IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
COLORADO

Civil Action No. 05-cv-02218-OES

CHRISTOPHER LEE ORLOSKI,

    Plaintiff,

DEC 19 2005

GREGORY C. LANGHAM
CLERK

v.

KELLY SERVICES INC.,

    Defendant.

---

ORDER TO FILE CLAIMS ON A TITLE VII COMPLAINT FORM

---

Plaintiff Christopher Lee Orloski submitted to the Court, on October 24, 2005, a *pro se* Complaint. On November 2, the Court instructed Plaintiff to submit both the Motion to proceed pursuant to 28 U.S.C. § 1915 and the Complaint on Court-approved forms within thirty days of the date of the November 2 Order. Although Plaintiff failed to comply with the November 2 Order, the Court will grant Plaintiff leave to proceed pursuant to § 1915 and review the merits of the Complaint.

The Court must construe Mr. Orloski's Complaint liberally, because he is a *pro se* litigant. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). In the Complaint, Plaintiff asserts an unlawful employment practice claim against Defendant based on Title I of the Americans with Disabilities Act of 1990 (ADA).

The ADA expressly adopts Title VII's administrative exhaustion requirements. 42 U.S.C. § 12117(a). Therefore, an ADA plaintiff must exhaust his claims before an

Equal Employment Opportunity Commission (EEOC) as a prerequisite to a federal court having jurisdiction over the ADA claims. Mr. Orloski has failed to allege or to demonstrate that he has met the statutory prerequisites for maintaining an employment discrimination lawsuit in federal court. He fails to allege that he has received a right-to-sue letter from the EEOC and, if he did, what date he received the letter.

The Court, therefore, will direct Plaintiff to amend the Complaint by filing his claims on a Title VII Court-approved form. Mr. Orloski is instructed to complete the form in full. He is also instructed to indicate whether he has met statutory prerequisites for maintaining an employment discrimination lawsuit in federal court. He is further directed to attach to the Complaint a copy of the right-to-sue letter he received from the EEOC, if he received such a letter. Accordingly, it is

ORDERED that Plaintiff is granted leave to proceed pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that Mr. Orloski file, **within thirty (30) days from the date of this Order**, a completed Court-approved form used in filing Title VII complaints. It is

FURTHER ORDERED that the Clerk of the Court shall mail to Plaintiff two copies of a Court-approved form used in filing Title VII complaints. It is

FURTHER ORDERED that Plaintiff shall file the Title VII Complaint form with the Clerk of the Court, United States District Court for the District of Colorado, at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that if Plaintiff fails to file a completed Title VII Complaint form **within thirty days of the date of this Order** the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this 19 day of December, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02218-OES

Christopher Lee Orloski
PO Box 24183
Denver, CO  80224-0183

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint** to the above-named individuals on _12/19/05_

GREGORY C. LANGHAM, CLERK

By: _[signature]_
      Deputy Clerk